No. 724. CARL GOEPEL ET AL., PARTNERS, ETC. *v.* A. MITCHELL PALMER, AS ALIEN PROPERTY CUSTODIAN: March 22, 1920. Petition for a writ of certiorari to the Court of Chancery of the State of New Jersey denied. *Mr. Ruby R. Vale* for petitioners. *Mr. Assistant Attorney General Spellacy* for respondent.

No. 735. LOUIS DE F. MUNGER *v.* FIRESTONE TIRE & RUBBER COMPANY; and

No. 736. LOUIS DE F. MUNGER *v.* B. F. GOODRICH COMPANY. March 22, 1920. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William A. Redding* for petitioner. *Mr. Charles Neave, Mr. William G. McKnight* and *Mr. Edward Rector* for respondents.

No. 747. AMERICAN ORE RECLAMATION COMPANY *v.* DWIGHT & LLOYD SINTERING COMPANY, INC. March 22, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry B. Gayley* for petitioner. *Mr. Otto C. Wierum* for respondent.

No. 757. EMPIRE FUEL COMPANY *v.* J. E. LYONS. March 22, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Arthur S. Dayton, Mr. Melvin G. Sperry* and *Mr. Frank E. Wood* for petitioner. *Mr. Murray Seasongood* for respondent.

No. 770. CARL H. RICHARDSON, AS TRUSTEE, ETC. *v.* GERMANIA BANK OF THE CITY OF NEW YORK. March 22,